■ PHILIP HIRSCH, Appellant, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent. — Judgment, Supreme Court, New York County (William McCooe, J.), entered on April 13, 1984, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on March 21, 1984, is unanimously dismissed as

having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Carro, J. P., Asch, Bloom and Kassal, JJ.